**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 96-2638**

———————————

LARRY A. SHIRLEY,

                                    Plaintiff - Appellant,

        versus

FAIR PLAY WILDERNESS CAMP SCHOOL, WESTMINSTER,
SOUTH CAROLINA,

                                    Defendant - Appellee.

———————————

Appeal from the United States District Court for the District of
South Carolina, at Anderson.  G. Ross Anderson, Jr., District
Judge. (CA-96-2813-8-3AK)

———————————

Submitted:  January 23, 1997        Decided:  February 6, 1997

———————————

Before RUSSELL, WILKINS, and WILLIAMS, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Larry A. Shirley, Appellant Pro Se.

———————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Larry A. Shirley appeals the district court's order denying relief on his 42 U.S.C. § 1983 (1994) complaint. We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Shirley v. Fair Play Wilderness</u>, CA-96-2813-8-3AK (D.S.C. Oct. 8, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>